USDC SCAN INDEX SHEET










JSP     4/11/02    12:25
3:02-M -00839    USA V. RICOTTA
*1*
*CRCMP.*

FILED
02 APR 10 PM 3:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LANCE ZANE RICOTTA<br><br>  Defendant. | Magistrate's Case No. '02 mg 0839<br><br>COMPLAINT FOR VIOLATION<br><br>Title 18, U.S.C., Section 201(b) (1) (C)<br>Bribery of Public Official |

The undersigned complainant being duly sworn states:

On or about April 9, 2002, within the Southern District of California, defendant LANCE ZANE RICOTTA did directly offer or promise something of value, to a public official, that is a designated representative of the Administrator of the Federal Aviation Administration, a department within the United States Department of Transportation, to induce said public official to do or omit to do any act in violation of his official duties, to wit, backdate a temporary airmen's certificate to show a CE-500 type rating, in violation of, Title 18, United States Code, Section 201(b)(2)(C).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
LARRY D. KAISER
Special Agent
Internal Revenue Service
Complainant

SUBSCRIBED TO AND SWORN
before me on this 10 the day
of April, 2002.

_____
LARRY A. BURNS
United States Magistrate Judge

# Statement of Facts

I, Larry D. Kaiser, being first duly sworn on oath, hereby deposes and says:

I am a Special Agent with Criminal Investigation (CI) of the Internal Revenue Service and have been so employed for the past 26 years. My responsibilities include the investigation of criminal violations of the Internal Revenue laws, the Bank Secrecy Act, the Money Laundering Control Act, and related offenses.

During my career with CI, I have been involved in well over 100 investigation of individuals involved in illegal drug trafficking and money laundering. I am currently assigned to the Organized Crime Drug Enforcement Task Force located in Carlsbad, CA.

On April 5, 2002, I received information US Customs that US registered aircraft N41WJ, being a Cessna Citation Jet, had a flight plan on file, showing Lance Ricotta as the pilot and the plane had flown from Brown Field to San Antonio, Texas on April 4, 2002. I was alerted by US Customs officials on April 8, 2002, that aircraft N41WJ, a Cessna Citation Jet had filed a flight plan flying from San Antonio, Texas to Brown Field showing the pilot to be Michael Eberle. I was aware that Michael Eberle was not rated to fly the Cessna Citation Jet. I requested that Federal Aviation Administration (FAA) inspectors to conduct a ground check on said aircraft to determine the pilot and passengers on board.

On April 8, 2002, at approximately 4:40 p.m., FAA Inspectors Jeffery Reynolds and John Blanco did a ramp inspection on a Cessna Citation registration number N41WJ which landed at Brown Field San Diego, CA. The pilot of the aircraft was identified as Michael Eberle and there were no passengers. According to FAA documents, Michael Eberle is not type rated to fly a Cessna Citation and was questioned by the inspectors regarding this matter. Eberle stated that he had been type rated for the Citation approximately a year ago in Texas, but couldn't recall the name of the FAA Pilot Examiner who issued the type rating. Eberle produced his airmen certificate which showed that he had a CE-500 aircraft type rating. The Inspectors reviewed the airmen certificate and determined that it had been altered to improperly reflect the CE-500 type rating. The Inspectors kept the original airmen certificate pending verification of the type rating.

On April 9, 2002, your affiant spoke to Mike Pappas who is a Designated Pilot Examiner for the FAA in San Diego, CA. Pappas is licensed and designated by the FAA to teach/instruct student pilots on various Turbo Jet aircraft including the Cessna Citation and issue temporary airmen certificates for aircraft type ratings on these aircraft. Pappas stated that early on the morning of April 9, 2002, he received a phone call from Lance Ricotta. He has known Ricotta for a number of years and type rated Ricotta to fly Cessna Citation aircraft. Ricotta explained that a friend of his, Mike Eberle had been ramp check by FAA Inspectors the previous evening at Brown Field. Eberle was flying a Cessna Citation. Ricotta stated that Eberle is type rated in a Lear Jet but is not type rated in a Citation. Ricotta told Pappas that Eberle lied to the inspectors and told them that he was type rated for the Citation. Ricotta then inquired of Pappas, if Eberle's actions were criminal.

1

Ricotta then asked Pappas if he knew anyone who would backdate a type rating (temporary airmen certificate) for Eberle on the Citation. Ricotta made a comment that money wasn't a problem and he was going to have Mike (Eberle) attend Pappas' flight school in the near future to get the type rating.

*(in the context of backdating documents) LB JV*

Pappas refused Ricotta's offer to backdate any documents and immediately contacted the FAA and reported that Ricotta had attempted to bribe him, if he would backdate a type rating (temporary airmen certificate) for Eberle on the Cessna Citation.

On February 8, 2002, Ricotta was indicted in the Southern District of California on the following charges: Count 1 - Conspiracy to commit fraud involving an aircraft, in violation Title 18, United States Code, Sections 38(a)(3) and 38(a)(1)(C); Counts 2 through 35 - False Statements or Writings, in violation of Title 18, United States Code, Section 1001 and Title 18, United States Code, Section 2; Counts 36 and 37 - Fraud involving an aircraft, in violation of Title 18 United States Code, Section 38(a)(1)(C) and Title 18, United States Code, Section 2; Count 38 - Fraudulent communications involving an aircraft, in violation of Title 18 United States Code, Section 32(a)(6) and Title 18, United States Code, Section 2. Ricotta was arrested on February 27, 2002, pursuant to these charges, on February 28, 2002, Ricotta was arraigned on the indictment before Magistrate Louisa S. Porter, who set bail at $150,000 secured by real property. Ricotta is currently released on ✓ bond and under pretrial services supervision with special terms and conditions concerning his work as a pilot.