















```
JSP    4/11/02    12:29
3:02-M -00839   USA V. RICOTTA
*2*
*CRW.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
v. )
LANCE ZANE RICOTTA )

**RECEIVED**

APR 10   4 27 PM '02

U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

Magistrate Case No.

**WARRANT FOR ARREST**   '02 mg 0839

| WARRANT ISSUED ON THE BASIS OF: | |
|---|---|
| __ Failure to Appear __ Order of Court | |
| __ Indictment __ Information | |
| X Complaint | |

TO:

Any U.S. Marshal or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED:

LANCE ZANE RICOTTA

DISTRICT OF ARREST:

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Bribery of Public Official

| IN VIOLATION OF | UNITED STATES CODE TITLE(S) 18 | SECTION(S) 201(b)(1)(C) |
|---|---|---|

| BAIL | OTHER CONDITIONS OF RELEASE |
|---|---|
| No BAIL | |

ORDERED BY
LARRY A. BURNS
U.S. MAGISTRATE JUDGE

DATE ORDERED
4-10-02

CLERK OF COURT/U.S. MAGISTRATE JUDGE   BY

DATE ISSUED

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

DATE RECEIVED   NAME AND TITLE OF ARRESTING OFFICER   SIGNATURE

DATE EXECUTED

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

2