















TLW    4/16/02    7:50

3:02-M -00839   USA V. RICOTTA

*3*

*CRFTAPMO.*

USA v. Ricotta                                    3:02-m -00839

Magistrate Judge Burns

Lance Ricotta [1]        attorney Thomas Warwick  - ret

Minutes: Enter Order by Magistrate Judge Larry A. Burns:
Specially appearing attorney Michael Kerran for witness
Michael Louis Pappas; adding Attorney Thomas J Warwick JR
retained for defendant Lance Zane Ricotta, detention
hearing held, govt witnesses called/sworn/testified:
Michael Louis Pappas and Larry D. Kaiser; Ruling on USA
oral motion for detention; motion denied as to defendant
Lance Zane Ricotta, $150,000 P/S set with the same
conditions of release as set in 02cr333-W for Lance Zane
Ricotta; bench warrant recalled as to defendant Lance Zane
Ricotta (LR); Court Reporter: LAB02-1: 1834-end; 2: 0-234

date: 4/12/02

by TW

END OF FORM

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

WITNESS LIST

USA

VS     Lance Ricotta

Type of Hearing:     Detention hrg

Case Number:     02mg839

| DATE | PLF. | DEF. | WITNESS NAME |
|------|------|------|--------------|
| 4/12/02 | ✓ | | Michael Louis Pappas |
| 4/12/02 | ✓ | | Larry D. Kaiser |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

K:\COMMON\CRT_CLRK\WITLST.WPD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
Lance Ricotta )
)
)
)

CASE NUMBER 02mg839

ABSTRACT OF ORDER

Booking No._____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 4/12/02 _____

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release
and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ _____dismissing appeal filed.

___X_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

LARRY A. BURNS
_____
UNITED STATES MAGISTRATE JUDGE

OR

ROBERTA WESTDAL    Clerk
by
_____
Deputy Clerk

Received_____
DUSM

Crim-9   (Rev 6-95)                                        ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY