








KAT    4/19/02    9:22
3:02-M -00839    USA V. RICOTTA
*7*
*CRMGOV.*

**ORIGINAL**

| | |
|---|---|
| 1 | PATRICK K. O'TOOLE<br>United States Attorney |
| 2 | TIMOTHY D. COUGHLIN<br>Assistant United States Attorney |
| 3 | California State Bar No. 144911<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7044 |
| 6 | Attorneys for Plaintiff |
| 7 | United States of America |

FILED
02 APR 18 AM 9:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 02mg0839 |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT AND RECALL ARREST WARRANT WITHOUT PREJUDICE |
| LANCE ZANE RICOTTA | |
| Defendant. | |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Patrick K. O'Toole, United States Attorney, and Timothy D. Coughlin, Assistant United States Attorney, and hereby moves this Court to issue an order dismissing the criminal complaint and recalling the arrest warrant in Case No. 02mg0839, charging defendant Lance Zane Ricotta with bribery of public official. The United States further requests that the dismissal be entered without prejudice.

Dated: April 16, 2002.

Respectfully submitted,

PATRICK K. O'TOOLE
United States Attorney

TIMOTHY D. COUGHLIN
Assistant U.S. Attorney