















```
KAT    4/19/02    9:33
3:02-M -00839   USA V. RICOTTA
*8*
*CRO.*
```

ORIGINAL

FILED
02 APR 18 AM 9:51
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 02mg0839 |
| Plaintiff, | ORDER |
| v. | |
| LANCE ZANE RICOTTA, | |
| Defendant. | |

IT IS ORDERED that the criminal complaint and recalling the arrest warrant filed in Magistrate Case No. 02mg0839 against Defendant Lance Zane Ricotta be dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 17, 2002.

_____
LARRY A. BURNS
United States Magistrate Judge
Southern District of California

8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )    CASE NUMBER _02MG0839_

vs )    ABSTRACT OF ORDER

Lance Zane Ricotta )    Booking No. _____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _4-19 2002_
the Court entered the following order: _NUNC PRO TUNC 4-18-2002_

_____ nunc pro tunc Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

✓ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓ Case Dismissed. _as to this case only_

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

LARRY A. BURNS
UNITED STATES MAGISTRATE JUDGE
W. Samuel Hamrick, Jr.
OR
Clerk

Received _____
DUSM

by _____
Deputy Clerk

Crim-9   (Rev 6-95)                                    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY